UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                              :

BEATRICE S. IVY,                   :

                                              :

                      Plaintiff,    :

                                              :

           -against-           :

                                              :

MTA METRO-NORTH COMMUTER  :
RAILROAD,                    :

                                            :

                    Defendant.  :

                                            :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _4/19/2021_

20-CV-1309 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       On April 15, 2021, Defendant filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Doc. 26.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any amended complaint by May 6, 2021.  It is unlikely that Plaintiff will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by May 17, 2021.  Defendant's reply, if any, shall be served by May 31, 2021.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual.

       The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated:  April 19, 2021
      New York, New York

Vernon S. Broderick
United States District Judge