```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BEATRICE S. IVY,                         :
                                         :   20cv1309 (DLC)
                 Plaintiff,              :
                                         :        ORDER
       -v-                               :
                                         :
MTA METRO-NORTH COMMUTER RAILROAD,       :
                                         :
                 Defendant.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 15, 2022 defendant informed this Court that this case had been resolved through arbitration, and moved to dismiss plaintiff's Title VII claim and the entire action pursuant to an Order of September 28, 2021. Any opposition to that request was due January 5, 2023. Plaintiff having filed no opposition, it is hereby

ORDERED that the defendant's motion to dismiss plaintiff's Title VII claim and the entire action is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         January 6, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge