**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BEATRICE S. IVY,

                Plaintiff,

   -against-                                   20 **CIVIL** 1309 (DLC)

                                                            **<u>JUDGMENT</u>**

MTA METRO-NORTH COMMUTER
RAILROAD,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated January 18, 2023, judgment is entered against Plaintiff and in favor of Defendant dismissing this action in its entirety with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       January 19, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                          **Clerk of Court**

                          **BY:**      *K. Mango*

                                                           _____
                                                           **Deputy Clerk**